_____

# UNITED STATES DISTRICT COURT

_____SOUTHERN DISTRICT OF TEXAS_____
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**V**                                                    **CRIMINAL COMPLAINT**

**Garcia, Karla Eugenia**                            CASE NUMBER: 1:19-**PO 70**
A213 452 344

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **12/24/2019** in **Cameron** County, in the **SOUTHERN** District of **TEXAS** defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a United States Passport Card,

in violation of Title **8** United States Code, Section(s) **1325 (a)(3)**.

I further state that I am a (n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Brownsville and Matamoros International Bridge in Brownsville, Texas. The defendant presented a United States Passport Card bearing the name of Joyce Elizabeth Gonzalez and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary, it was determined the defendant is not the rightful owner of the document presented. Furthermore, it was determined the defendant is a citizen and national of Mexico with no legal status to enter or be in the United States.

Defendant had $465.00 US Dollars and $50 Mexican Pesos.

**Continued on the attached sheet and made a part hereof:**    ___ **Yes**   **X No**

                                                    /s/
                                            _____
                                            **Miguel Salas CBPEO**
                                                Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**December 26, 2019**                    at          **BROWNSVILLE, TEXAS**
       Date                                                City and State

**Ignacio Torteya III, U.S. MAGISTRATE JUDGE**  _____
Name & Title of Judicial Officer                        Signature of Judicial Officer